**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | May 16, 2012 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | Melinda Gonzalez-Hibner |
| Court Reporter/ECR: | Therese Lindblom | | |

| | |
|---|---|
| Criminal Case No. **12-cr-00113-WYD** | Counsel: |
| UNITED STATES OF AMERICA, | Guy Till |
| Plaintiff, | |
| v. | |
| *1.  Jose Ruby Lopez-Luna, a/k/a Jose Lopez Luna a/k/a Jose Avila, a/k/a Juan Luna, a/k/a Juan Lopez, a/k/a Gordo, | Yan E. Shrayberman |
| 2.  Corrina Terrones, | No Appearance |
| *3. Elder Geovany Sabillon-Umana, a/k/a Elder Umana, a/k/a Pablo Casillas, | Peter R. Bornstein |
| *4. Michael Annay Maciel-Almeida, a/k/a Michelle LNU,  a/k/a Michelle, | Mario DiSalvo |
| *5. Yoni Dimar Mas-Cruz, a/k/a Emerson Josue Gonzalez-Ramires, a/k/a Yanni Cruz, a/k/a Yoni Gonzalez-Ramirez, | Kathryn J. Stimson |
| 7. Victor Lopez Luna, | No Appearance |
| 8. Mario Terrones-Suarez, | No Appearance |
| *9. Nandi Evelio Arrazola, a/k/a Nandi Arrazola-Verrela, a/k/a Freddy Lopez-Lopez, a/k/a Freddy O. Lopez-Maella, a/k/a Freddy Lopez-Marella, a/k/a Bimbo, | Kirkland L. Brush |
| *10.  Elvin Eduardo Cruz-Cruz, a/k/a UM-216, a/k/a Eduardo Arnoldo Gamez-Cruz, a/k/a Elvin Francisco Cruz-Cruz, a/k/a Elvin Crus-Crus a/k/a Elvin Francisco Crus-Crus, | M. David Lindsey |
| Defendants. | |

## COURTROOM MINUTES

**MOTION HEARING**

**3:06 p.m.**  Court in Session - Defendants **Jose Ruby Lopez-Luna, Elder Geovany Sabillon-Umana, Michael Annay Maciel-Almeida, Yoni Dimar Mas-Cruz, Nandi Evelio Arrazola, and Elvin Eduardo Cruz-Cruz** present (in-custody)

APPEARANCES OF COUNSEL.

Interpreter sworn (Spanish).

Court's opening remarks and review of the history of the case.

Government's Motion for Ends of Justice Findings of Complexity and Excludable Time Pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(i)(ii) and (iv) (ECF Doc. No. 53), filed April 20, 2012, and Government's Motion for Protective Order for Jencks Act, Rule 26.2, Rule 49.1, and Rule 16 Material (ECF Doc. No. 52), filed April 19, 2012, are raised for argument.

3:10 p.m.   Argument by Government (Mr. Till).

3:13 p.m.   Argument by Defendant Jose Ruby Lopez-Luna (Mr. Shrayberman).

3:15 p.m.   Argument by Defendant Elder Geovany Sabillon-Umana (Mr. Bornstein).

3:19 p.m.   Argument by Government (Mr. Till).

3:34 p.m.   Argument by Defendant Michael Annay Maciel-Almeida (Mr. DiSalvo).

3:38 p.m.   Argument by Defendant Yoni Dimar Mas-Cruz (Ms. Stimson).

3:40 p.m.   Argument by Defendant Nandi Evelio Arrazola (Mr. Brush).

3:40 p.m.   Argument by Defendant Elvin Eduardo Cruz-Cruz (Mr. Lindsey).

3:42 p.m.   Argument by Government (Mr. Till).

3:45 p.m.   Argument by Defendant Nandi Evelio Arrazola (Mr. Brush).

3:46 p.m.   Argument by Defendant Yoni Dimar Mas-Cruz (Ms. Stimson).

| | |
|---|---|
| 3:47 p.m. | Argument by Defendant Elder Geovany Sabillon-Umana (Mr. Bornstein). |
| 3:50 p.m. | Argument by Government (Mr. Till). |
| 3:52 p.m. | Argument by Defendant Elder Geovany Sabillon-Umana (Mr. Bornstein). |
| | Court makes findings pursuant to 18 U.S.C. § 3161(h)(7)(A) and 18 U.S.C. § 3161 (h)(7)(B)(i)(ii) and (iv). |
| **ORDERED:** | Government's Motion for Ends of Justice Findings of Complexity and Excludable Time Pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(i)(ii) and (iv) (ECF Doc. No. 53), filed April 20, 2012, is **GRANTED.** |
| **ORDERED:** | Court makes an ends of justice finding and will exclude **120** days under the Speedy Trial Act. |
| **ORDERED:** | Government's Motion for Protective Order for Jencks Act, Rule 26.2, Rule 49.1, and Rule 16 Material (ECF Doc. No. 52), filed April 19, 2012, is **GRANTED.** |
| **ORDERED:** | Government shall produce all discovery to counsel for defendants not later than **Friday, June 1, 2012.** |
| **ORDERED:** | Counsel shall meet and confer in an effort to establish deadlines for non-evidentiary motions and responses. |
| **ORDERED:** | Parties shall submit a proposed case management order or file a status report not later than **Monday, July 16, 2012.** |
| **ORDERED:** | Two-week jury trial set to commence on Monday, June 18, 2012 is **VACATED.** |
| **ORDERED:** | Defendants **Jose Ruby Lopez-Luna, Elder Geovany Sabillon-Umana, Michael Annay Maciel-Almeida, Yoni Dimar Mas-Cruz, Nandi Evelio Arrazola, and Elvin Eduardo Cruz-Cruz** are **REMANDED** into the custody of the U.S. Marshal. |
| 4:00 p.m. | Court in Recess - HEARING CONCLUDED. |

**TOTAL TIME:  :54**

**\* - denotes that defendant requires the services of an Interpreter.**